AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:15mj-514 | Date and time warrant executed: 12/1/2015, 11:30 AM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| Parcel contained approximately 8 pounds 3.5 ounces of a green leafy substance that field tested positive for Marijuana. | | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 DEC -2 AM 11:13
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/1/2015

*S McDonough*
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title